Eastern District of Kentucky
**FILED**

JUN 09 2022

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 22-11-REW-EBA

DONALD YORK

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about December 30, 2019, in Martin County, in the Eastern District of Kentucky,

**DONALD YORK**

did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and the visual depiction was actually transmitted using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
## 18 U.S.C. § 2251(a)

On or about January 2, 2020, in Martin County, in the Eastern District of Kentucky,

## DONALD YORK

did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and the visual depiction was actually transmitted using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
## 18 U.S.C. § 2252(a)(2)

On or about January 4, 2020, the exact date unknown, in Martin County, in the Eastern District of Kentucky,

## DONALD YORK

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all

interest **DONALD YORK** has in all electronic items used in the crime, including, but not limited to, the following property:

1. Samsung Galaxy S10 cell phone, S/N RF8M21FRGVV;
2. Dell Inspiron laptop computer, S/N 16PLJX1;
3. Western Digital brand hard drive, S/N WCC4E4RJ9JTC; and
4. Toshiba brand hard drive, S/N 33226WTASU17

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

                                        **A TRUE BILL**

_/s/ Carlton S. Shier_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**  Not less than 15 years imprisonment and not more than 30 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**COUNT 3:**  Not less than 5 years and not more than 20 years imprisonment, not more than $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:**  Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**  Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.

**PLUS:**  Forfeiture of listed assets.